**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**LENA DEYAPP; JEFFREY MCGINNIS;
JONATHAN LAMBERT; DONOVAN RIVERA;
DANIEL SANCHEZ; LISA CHEROMIAH;
BRANDON TRUJILLO; and JUSTIN GONZALES,**

       **Plaintiffs,**

**v.**                                        **No.: 1:26-CV-00914-JFR-GJF**

**UNITED STATES OF AMERICA,**

       **Defendant.**

**<u>UNOPPOSED MOTION TO STAY LITIGATION</u>**

COME NOW Plaintiffs, by and through their attorneys of record, Dathan L. Weems and Sarah K. Jaeger, Dathan Weems Law Firm, LLC, and for their Stipulated Motion to Stay Litigation state as follows:

Counsel for Plaintiffs have been retained by six (6) additional claimants who have yet to file SF95 administrative claims, all of whom have substantially similar claims as those in the pending action. Counsel intends to file the administrative claims in the coming weeks and will need to allow for the administrative process to progress before formal litigation proceeds.

Under Local Rule 7.1(a) of the District of New Mexico Local Rules of Civil Procedure attorneys Lucas White, Trial Attorney, U.S. Department of Justice, Civil Division, Washing DC, and Scott Jansen, Assistant United States Attorney, District of New Mexico, United States Attorney's Office were contacted for their position, and the U.S. Department of Justice does not oppose.

WHEREFORE, it is respectfully requested that:

1

1.  All deadlines are stayed until December 14, 2026, to allow the administrative claims process to proceed for the new claimants.

2.  Within thirty days after December 14, 2026, Plaintiffs may amend their Complaint to add the new claimants' claims, if any.

3.  All deadlines – including the United States' responsive pleading deadline under Rule 12(a) or 12(b)—will begin to operate as if the operative Complaint was initially served on the date of the Amended Complaint referenced above (or on January 14, 2027, if no amendment).

4.  For the avoidance of doubt, this agreement does not have any impact on the underlying matter other than adjusting deadlines.

5.  For the avoidance of doubt, this agreement does not waive or impair any of the United States' objections or defenses to any of Plaintiffs' claims, including those in the initial or Amended Complaint.

Respectfully Submitted,

DATHAN WEEMS LAW FIRM, LLC

*/s/ Dathan L. Weems*
Dathan L. Weems
Sarah K. Jaeger
*Attorneys for Plaintiffs*
106 Wellesley Dr. SE
Albuquerque, NM 87106
Phone: (505) 247-4700
dathan@weemslaw.com
sarah@weemslaw.com

I hereby certify that a copy of the foregoing
Was served to all parties of record via the
e-filing system on this 14th day of May 2026.

*/s/ Dathan Weems*
Dathan Weems